

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

OCT 1 2 2016 DC
10-12-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SHAUNE BURNS
___AKA___
Robert Lee Burns
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Sgt. Banks
officer Murphy
officer Matos

Director Dixion

Cook County ILL    & Director Banks

(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

**16-cv-9698**
**Judge Joan H. Lefkow**
**Magistrate Judge Maria Valdez**
**PC8**

**CHECK ONE ONLY:**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Robert Lee Burns_

B.    List all aliases: _Shaune Burns_

C.    Prisoner identification number: _2012122715 3_

D.    Place of present confinement: _Cook County Jail_

E.    Address: _2600 S. California Chgo IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _Tom Dart_

      Title: _head of cook county sheriffic_

      Place of Employment: _2600 S. California Chgo IL 60608_

B.    Defendant: _Sgt. Banks_

      Title: _Seargent_

      Place of Employment: _Juvenil detentoin center 1100 S. Hamilton St Chgo ILL_

C.    Defendant: _officer Murphy_

      Title: _officer_

      Place of Employment: _Juvenil detentoin Center 1100 S. Hamilton_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant: officer Matos

Title: officer

Place of Employment: ~~2600 S. California~~ 1100 S. Hamilton Chgo IL 60608


E. Defendant: Director. Dixion

Title: Director

Place of Employment 1100 S. Hamilton Chgo IL 60608


F. Defendant: Cook County

Title: Municipality

Place of Employment Cook County ILL.


G. Defendant: Banks

Title: Director

Place of Employment Hamilton Chgo


Contenue from Page 2

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

**A.** Name of case and docket number: _Burns V. Dart 14-CV-7232_

**B.** Approximate date of filing lawsuit: _2014_

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: _Shawne Burns - Robert Burns_

**D.** List all defendants: _Tom Dart I don't know the other two._

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _federal court_

**F.** Name of judge to whom case was assigned: _no recollection_

**G.** Basic claim made: _deliberate indifference ADA_

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _its over_

**I.** Approximate date of disposition: _3-2-16_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 - 1

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _Robert Burns v. Davies et al_

B.   Approximate date of filing lawsuit: _2012_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Robert Burns_

D.   List all defendants: _Davies & Hennings 1 & Hennings 2_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal court_

F.   Name of judge to whom case was assigned: _No recollection_

G.   Basic claim made: _deliberate indifference_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I.   Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 - 2

Reviewed: 8/2013

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _Burns v. B Scrapoth, et al,_ _2:12 CV 35_

B.    Approximate date of filing lawsuit: _2015_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _Robert Burns_

D.    List all defendants: _AAR. Scrapoth et al._

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal court_

F.    Name of judge to whom case was assigned: _No recollection_

G.    Basic claim made: _deliberate indifference_

H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _Pending_

I.    Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 - 3

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Robert Burns v. Burcich et al.

B. Approximate date of filing lawsuit: 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert Burns

D. List all defendants: Burcich / McMcaskey

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court

F. Name of judge to whom case was assigned: No recollection

G. Basic claim made: deliberate indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 - 4

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Robert Burns V. Mr. Apollo, Cantle, Ivetic, Gore, Mrs. Leto, and Maria - 2:12- cv- 00158- RL - PRC

B. Approximate date of filing lawsuit: 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert Burns

D. List all defendants: Mr. Apollo, Cantle, Ivetic, Mrs. Gore, Leto and Maria

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal court

F. Name of judge to whom case was assigned: No recollection

G. Basic claim made: deliberate indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~Pending~~ dismissed

I. Approximate date of disposition: Pending dismissed

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3 - 5

Reviewed: 8/2013

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

I've been going to the Juvenildetentoin center for along
time, and for along time I was tould that their
was no handicapped toilet for me to use, when ever Ied ask.
I was gave a toilet chair to use. The toilet chair broke
when I was using it, and I hurt my back/neck/ head.
on occasion I fell because their was no toilet chair
available. I was tould that one would be their for me, this didnt happen
for about two months. I was tranported to Strger bery ambulnce tow times
dato injuries from falling and hurting my self once when I was doing my best
to get out of my wheel chair so I sould get on to the toilet. Please note theirs no
RAILS to help the handicap acces the toilet. I'm also suing because theirs no
ramps at the door I gon and out at the T-D-C. when going out the door theirs a
drop at the door whin I leve the baliding that hurts like Hell to my back. And the
side walk is broke and is races whear the walk way is broken. going
over it hurts my back alot. I've put in grievance's about all of this but
I've only got a response on the toilet. no one has gave me a response
about the ramps or the side walk. Please nat I've put in a
grievance on the ramp and walk way on 2-15-15 and 8-10-15 to no avail.
I've not got a response.

Revised 9/2007

Im suing Director Dixon because its his job to have whats wrong at 1100 S. Hamilton fixed. its been over a year and he hasn't fixed the door way with a ramp or the side walk eit.

Im suing Tom Dart because hes over his officers and any thing his officers do falls on him. At some point he has to be informed of a grievance. if Jhes Agents cant fix it. I've put in about (30) grievance's. And that's not counting the appeals. Im suing Seargent Banks Because she violated my rights when she didn't take me to a handicap accessible toilet on 5-4-16 and 7-22-15. Sgt. Banks and C/o Murphy said that theirs no handicap toilet in the buliding. this was on 5-5-16. And sgt Banks said their was not a handicap toilet in the buliding on 7-22-15. See on 7-22-15 Jed ask to speak Sgt. Banks because I ed asked the C/o for the handicap chair and when he came back with it, it was very nasty with Blood and Feces on it. I the C/o said this is Jail. inmate Miltonmirenda # 20131224071 said to the C/o saga that's not right he. Then gave me his name and said he would be my witness and that I should put in a grievance on the officer. I then ask to speak to a Sargent. the officer got Sargent Banks. I informed Sgt. Banks of what was wrong. Sgt Banks then said that theirs no Soap and that we have to bring soap from home. She also said theirs is no handicap toilets. Sgt Banks lied when she said theirs no handicap toilet in the buliding. I know this because on 7-5-16 I was transported to a handicap toilet for the first time and in 08 I had to go to the Juvenile court at 1100 S. Hamilton for my son and Jed used the handicap toilet. I soiled my self on 5-4-16 because Sgt Banks wouldn't transport me to a handicap toilet after I ed asked. Sgt. Banks Said that the side walk has a order in for it to be fixed and a ramp will be put at the door I go in and out of. Its been over a year and this hasn't happen and Sgt. Banks said on many occassins also that the holding room has a order in for it to be made accessible. this didn't happen. Im suing C/o Murphy because I asked him to take me to a handicap toilet two times. I dont remember the first time he said that theirs no handicap toilet in the buliding. but on 5-4-16 he C/o Murphy said I can use the toilet thats in the room I was in. the Smugless of officer Murphy was dehumanizing. And their was no handicap cheir Avaible on 5-4-16 and I soiled my self. Im suing C/o Motos because he said an no handicap toilet in the center and he said it in front of Sgt. Banks. And C/o Motos didn't take me to use a handicap toilet even after Jed informd him I needed to use one. I had to sit with soiled Pants on because I was not at the cook county Jail. But on 1100 S. Hamilton the J.D.C. I soiled my self about 3:30 no one came to get me Unto 4:45 it was a bumpy ride back to the Jail. All the defendants in this suit violated my 8th/14th amendment rights under the Constution they All deliberate indifference. Im suing Cook County and all the named defendants for and because customs/Practice/Policies and Deliberate indifference inregards to Helth/Safty and excessivebility. Ive Complain for over a year about the Ramp and holding room not being handicap accessible. Ive made my concerns know verbally to the county Staff and I put in about (30) grievances and the buliding to date is not handicap accessible. This cant be right. the cook county have showed that the cook county dont cair about its inmates. I PRAY That this court will.

5                                              Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for the court to give me a Judgement aginst all defendants for Compensatory and pusitative damages in the amount of $ 200.000 All individuals are sued in their indivisual and offical capacity. And for the court to order them to put ramps and fix the Side walk and to put rails in the holding Rooms.

**VI.     The plaintiff demands that the case be tried by a jury.   ☒ YES     ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this   9   day of   9   , 20 16

_Robert Lee Burns_
**(Signature of plaintiff or plaintiffs)**

_Robert Lee Burns_
**(Print name)**

_2012122715.3_
**(I.D. Number)**

_2600 S california Chgo IL 60608_

**(Address)**

Revised 9/2007

## Inmate Shaune Burns 2012-1227153

M 2

Per ADA Compliance Staff, inmate is advised he has exhausted administrative remedies on the issue of JTDC holding cells and the Cook County Sheriff's Office will not respond to any more grievances on that issue.

8-29-16

INMATE COPY

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*  Chair

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* Burns

INMATE FIRST NAME *(Primer Nombre):* Ahmad

ID Number *(# de Identificación):* 2012 1227 153

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 8/9 ada issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): D.C. admin  DATE REFERRED: 8/10, 16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Mr. Burns has filed multiple grievances on the same issue, which has already been brought to the attention of Capital Planning. Where structural barriers exist, reasonable accommodations are provided. Escorting you to an accessible toilet is a reasonable accommodation

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sarah McMath  SIGNATURE:  DIV./DEPT. DX IADA  DATE: 08/12/16

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):  SIGNATURE:  DIV./DEPT.  DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☑ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):* Ahmad Burns

DATE RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida):* 8/16/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

**To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

*Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿Apelación del detenido aceptada por el administrador o su designada(a)?*  Yes *(SI)* ☐  No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):*  SIGNATURE *(Firma del Administrador o su Designado(a)):*  DATE *(Fecha):* ___/___/___

INMATE SIGNATURE *(Firma del Preso):*  DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):* ___/___/___

FCN-48 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* Burns

INMATE FIRST NAME *(Primer Nombre):* Shaun

ID Number *(# de identificación):* 20121227153

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Oro Ada Issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): Detainee Recieved response on 8/16/16

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DOC Comm.   DATE REFERRED: 8/15/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Mr. Burns has grieved this issue on previous occassions and received a response. Accommodation's are provided to overcome any structural barriers. Issue previously forwarded to capital planning

PERSONNEL RESPONDING TO GRIEVANCE (Print): Stelina Quetury   SIGNATURE:   DIV. / DEPT.: DOC/ADA   DATE: 09/19/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):   SIGNATURE:   DIV. / DEPT.:   DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* X Shaun Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 9/20/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* 9/20/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* look its been over a year and All you need to do is put a ram ramp at the door I go in and Fix the sidewalk, so I wont be in pain all the time because all of the bumping around. This cant B right, and Ive got no response on it

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*   Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendación por parte del administrador o / su designado(a)):*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(s)):*   SIGNATURE *(Firma del Administrador o / su Designado(s)):*   DATE *(Fecha):* __/__/__

INMATE SIGNATURE *(Firma del Preso):*   DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* __/__/__

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL # __N a__

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

M 2

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): **BURNS**

INMATE FIRST NAME (Primer Nombre): **SHAUNE**

ID Number (# de Identificación): **2012-1227153**

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

**Q10 ADA ISSUES**

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): **S ADMIN**

DATE REFERRED: **8/15/16**

RESPONSE BY PERSONNEL HANDLING REFERRAL:

**SEE ATTACHED**

PERSONNEL RESPONDING TO GRIEVANCE (Print): **L FENDERSON**

SIGNATURE:

DIV. / DEPT. **S ADMN**

DATE **8/23/16**

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.

DATE: __/__/__

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): *Shaune Burns*

DATE RESPONSE WAS RECEIVED:
(Fecha en que le respuesta fue recibida): **8/29/16**

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido):

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes (Si) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha): __/__/__

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el Preso recibió respuesta a su apelacion): __/__/__

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)* Rapp

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación)* |
|---|---|---|
| Burns | Shane | 2012227153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
010 ada Issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
15 DAY SUBMISSION VIOLATION. INMATE BURNS RECEIVED RESPONSE ON 08.10.16.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): Inmate Services
DATE REFERRED 9/22/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
THIS ISSUE HAS BEEN ADDRESSED BY DOC ADMN-ADA STAFF PREVIOUSLY.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| L FENDERSN | | IS ADMIN | 9/24/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Shane Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):*
9/27/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

\* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

\* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido):*

INMATE'S BASIS FOR AN APPEAL. *(Base del detenido para una apelación):*

## ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o su designado(a)?*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | / / |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):*
/ /

FCN-48 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES        YELLOW COPY - CRW / PLATOON COUNSELOR        PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!**   (! Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **Burns**

PRINT - FIRST NAME (Primer Nombre): **Shaune** AKA **Robert**

ID Number (# de Identificación): **20121227153**

DIVISION (División): **08**

LIVING UNIT (Unidad): **3 G**

DATE (Fecha): **2 | 15 | 15**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:   Date of Incident   Time of Incident   Specific Location of Incident
(Por Favor, Incluya:   Fecha Del Incidente   Hora Del Incidente   Lugar Especifico Del Incidente)

I went to Court at the Juvenile detentain center at 1100 S.Hamiltons, and as always the walk way hurts my back because of all the crack and race's Parts of the Sidewalk thats broke. and when I got to the door theirs a races Steep I have to go up over to get in the beiliding. Ive Said Some thing in the past to no avail. And when I leve the building I have to drop down to the Side walk and this hurts alot also. I didnt leve the building by way of the Side door this is because I got hurt in the holding cell to day I left by ambulnce going to Stroger. but I will have to go back to Court agin in the future.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando): Please Fix the walk way and Put a Ramp at the door way, not Just for me but for any one with a disability. Thanks!!

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): Shaune Burns   AKA Robert Burns

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW / PLATOON COUNSELOR (Print): Cousin

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 2 | 3 | 15

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED: | |

FCN-47 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune   AKA  Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20121227153

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
9-20-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

2 of 2   A2

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-9-16 | 7:30 | 1100 S. Hamilton St Chgo. IC |

a lie. if it is fixed it wasn't the last time I went to court. and if its fixed why youd forward it to capial planning? And if its fixed, when was it did? I have a right to Know! And why didn't I get a Control number for this is my 2nd grievance? I pray it is fixed. See the last time I went to court C/O Kilpatrick had a hard time getting me over the broken side walk and ever harder time at the door because I have to be lifted up to get in and dropped down going out Im 275Lb.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for you to give me a Control number and for some one to late me Know when was the side walk fixed? And when was ramps or a ramp provided? And for Director Dixion to response to all my Grievance's and Tom Dart.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*
C/O UnSaid • C/O Kilpatrick

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D.W. | 9/21/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

**GRIEVANCE FORM PROCESSED AS:**

- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune  AKA Robert Lee | 2012122715 5 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 08 | 3 F | |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-9-16 | 9:30 | 1100 S Hamilton |

I put in grievance their being no ramps at the court on 1100 S.hamilton on 2-3-15 and 8-9-16 and I've not got a response on the two grievances. your action are dening me excess to the court. This cant be right. I have a right to have a response to the two grievances. The C/Os said a ramp will be put in and the side walk will be fixed long befor I put in a grievance this hasnt happen. 34 days is to long not to have a response and a year and more is wrong.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To be give a response to the two grievances, and for you all to put a ramp at the door I go in, not just for me but all ADA inmates. I need a Control number. This grievance is re-submitted. I made the issue known to Sgt Banks to.

| IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM. |
|---|
| *(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)* |

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| Sgt. Brown | Shaune Burns |

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | D Wil | 9/15/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY – INMATE SERVICES)** | **(YELLOW COPY – CRW/PLATOON COUNSELOR)** | **(PINK COPY – INMATE)** |
|---|---|---|---|

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | | INMATE ID # |
|---|---|---|
| | | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune  AKA Robert Lee | 20121227155 |
| **DIVISION** *(División):* 08 | **LIVING UNIT** *(Unidad):* 3F | **DATE** *(Fecha):* 9-20-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

1 of 2

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-9-16 | 9:30 | 1100 S Hamilton Chgo IL |

I put in a grievance on 2-15-15 & 8-4-16 because 1100 S. Hamilton courthouse is not handicap accessible. the door I go in has no accessible Ramp and the side walk is broke and unleveled. And my back hurt more so when I'm made to go over it. and going in and out of the building with out the aid of a ramp hurts like HELL. I've never got a response on any of my grievance's about the ramp not being their, or the side walk. yet I received a response on 9-20-16 that said accommodation are provided to overcome any Structural barrie is. I don't Know what (Barrie is) is. but I think someone was saing that whats wrong is Fixed. IF So thats

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for you to give me a Control number and for Someone to let me Know when was the Side walk fixed? And when was a ramp provided? And for Director Dixon to response to all my Grievance's and Tom Dart and Cook County ILL to.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| C/o Unsaid  C/o Kilpatrick | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wilson | 9/21/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)        **(WHITE COPY** – INMATE SERVICES)        **(YELLOW COPY** – CRW/PLATOON COUNSELOR)        **(PINK COPY** – INMATE)

(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** Check!
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | 0048704 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [x] NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 010
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [x] OTHER: ~~Inmate Services~~

**INMATE INFORMATION** (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Burns | Shaune AKA Robert Lee | 2012227153 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 08 | 3F | 8-11-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 8-4-16 | 4:30 | Div 08 3F |

The ADA Lady Sabrina came to 3F and said she sent my grievance's to Capital Plaing, the grievance's was about the toilet at 1100 S. Hamilton not being handicap accessible. I've been putting in grievance's for over a year and no one from Capital Plaing has ever gave me a responce. This cant be right! I have a right to a response. This is a grievance not a request.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse) to be gave a responce to this and all the grievance's that was sent to capital Plaing and I need capital Plding mailing info, and the name of the Prisons

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Cool | 7/12/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(APR15)　　　　(WHITE COPY – INMATE SERVICES)　　　　(YELLOW COPY – CRW/PLATOON COUNSELOR)　　　　(PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** Chair
(Formulario de Queja del Preso)

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☒ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 010

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☒ OTHER: _D.O.C_ ashmin

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE **LAST NAME** (Apellido del Preso): Burns

PRINT - **FIRST NAME** (Primer Nombre): Shaune   AKA  Robert Lee

INMATE BOOKING NUMBER (# de identificación del detenido): 2012122715 3

DIVISION (División): 08

LIVING UNIT (Unidad): 3 F

DATE (Fecha): 8-9-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a 'NON-GRIEVANCE (REQUEST)', an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT (Fecha Del Incidente): 8-9-16

TIME OF INCIDENT (Hora Del Incidente): 9:30 AM

SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente): 1100 S. Hamilton St. Chgo IL

I put in a agrievance to day because Im in a lot of pain because the Court house is not handicap equipped with ramps and the walk way needs to be fix, each time Im made to go over all the unleveled walk way it hurt my back. and when going in and out of the building theirs a bump going in and a deep drop going out of the door to the out side and this to hurt my back a lot. Ive put in a agrievance in the past to no avail as I never even got a Response. this cant be right its dehumanizing. the holding cell needs to be handicap equipped toilet.

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED (Acción que esta solicitado, Esta sección debe completarse): Please make 1100 S. Hamilton ADA= handicap equipped even the holding cells. its embarrassing to have to ask to be escorted to a handicap toilet.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES, PARA SUMITIR SU FORMA)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:)

INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha:) Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): D. Wilson | SIGNATURE: D Wilson | DATE CRW/PLATOON COUNSELOR RECIEVED: 8/10/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)



# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

Ramp

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune     AKA Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
2012 0 27153

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
9-22-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*
9-22-16

**TIME OF INCIDENT** *(Hora Del Incidente)*
4:35

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
1100 S. Hamilton Chgo IL

I went to Court on 9-22-16 and their was no Ramp at the door and the walk way going up to the door was still Broken going over it hurts my Back then I mad to sit and wate for the moving officers to come get me, I was out of court at 10:30 but no one came to get me to 4:30 only for me to get Back to the County and have to sit hours more when I was in Pain I have to dropdown going out the door and the Brok walk way.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(acción que esta solicitado, Esta sección debe completarse)*
No to be mad to sit for hours whe I get Back to the Jail B-4 getting a unit for you All to Put a ramp at to Door and fix the walk way and For You to give copies of all past and present grievances to Tom Dart & Director. Dixion. Director Banks and Capital Planning. And I need a control numbere

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*
All the moving officers

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Shaune Burns

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**
D. Wilson

**SIGNATURE:**
D. Wilson

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
9/27/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)     **(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)**

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

Chair Court

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 00?8709 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* ~~Shaune~~ Burns

**PRINT - FIRST NAME** *(Primer Nombre):* Shaune  AKA Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20121227153

**DIVISION** *(División):*

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):*

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Contral", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 9-22-16 | NA | 1100 S. Hamilton St. |

1-2  A1.

I went to court on 9-22-16 and I asked to Murphy if I could be excorted to a handicap accessible toilet he said no I dont know why he said no because the last 3 court days I was excorted to the accessible toilet. theirs no sign saing ask to be excorted to a handicap toilet if you have a handicap, like the one that once said ask for a toilet chairs you can put it in the same place. Please see I cant sit longer then my wheel Chair toda so hurts like Hell! the toilet in the room is to low for me.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for all my grievances to be goes to Director Banks & Director Dixion  For you All to Post a Sign so All officers and any one with a handicap can see it and for you to ask all of the 3 inmate that was in the room with me what hellpen and to give me their names.  Thanks!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

and the other two inmate in the room

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 9/26/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – CRW/PLATOON COUNSELOR)**    **(PINK COPY – INMATE)**

COOK COUNTY SHERIFF'S OFFICE

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

*(Oficina del Alguacil del Condado de Cook)*    Chain Court

**INMATE GRIEVANCE FORM**

*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**    *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
Burns

PRINT - FIRST NAME *(Primer Nombre):*
Shaune    AKA Robert Lee

INMATE BOOKING NUMBER *(# de identificación del detenido)*
20121227153

DIVISION *(División):*
08

LIVING UNIT *(Unidad):*
3F

DATE *(Fecho):*

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Quejo después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

2 of 2

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 9-22-16 | NA | 1100 S. Hamilton Chgo IL |

I had to wate for another officer to come and take me to a handicap toilet. And I want to late you Know that I was excorted tentimes that day to a handicap toilet. this was when %o murphy lift. I put a grievance in on %o Murphy on 5-4-16 & maybe him denying Me was revenge. I almost went on my Self this cant Be right! Please Put a sign up.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For all my grievancees to be gone to Tom Dort and Director Dixion & Director Banks. Baaks and Dixion worka+ 1100 S. Hamilton and I want all Post and up to date grievance to be gone to all the above and Capital Planing. And can I have a control number. ThanKs!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*
the 3 inmate that was in the room with me    inmate Glin and-

INMATE SIGNATURE AND DATE *(Firma del Preso/Fecha):*
Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. WJ | 9/26/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

### Inmate Shaune Burns 2012-1227153

*M 2*

**Per ADA Compliance Staff, inmate is advised he has exhausted administrative remedies on the issue of JTDC holding cells and the Cook County Sheriff's Office will not respond to any more grievances on that issue.**

*8-29-16*

*INMATE COPY*

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune  AKA Robert Lee | 20121227153 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 3 F | 5-4-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 5-4-16 | 4:45 | 1100 S. Hamilton St. detention center. |

I went to court at 1100 S. Hamilton. AT 2:35 I ask C/O Gipeson if she would take me to a handicap accessible toilet, she said Im not your officer, ask officer Murphy, she asked him for me He said he can use the toilet thats in the room with him. I asked Him if I see a Seargent? He didn't respond. So when to Matos got to work I ask him if I could see a seargent He ask why I told Him and He got seargent. Bank's, Sgt. Banks, said A order is into make this room handicap accessible, and I dont know whats taking so long and the toilt hasnt been replaced. Office matos said aint no accessible in the Center, time 4:15.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* I need you

All to make the hoding Room toilet handicap accessible. for you All to speek to All of my witness. Sgt. Bank's said she's sorry about all this. Sorry Just dont do it for me because I Soiled my Self. sgt Ludwig told C/o Herrera to get *me some pants.*

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* Sgt. Banks. C/o matos C/o Herrera. C/o murphy | michael Little, Anthony Smith, Curtiss Simith, ← Inmates → | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Shaune Burns |
|---|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): Cw Wilson | SIGNATURE: Cw Bates | DATE CRW/PLATOON COUNSELOR RECIEVED: 5/5/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)**



(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): Burns | PRINT - FIRST NAME (Primer Nombre): Shaune | INMATE BOOKING NUMBER (# de identificación del detenido): 20121227153 |
|---|---|---|
| DIVISION (División): 08 | LIVING UNIT (Unidad): 3F | DATE (Fecha): 6-30-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", Ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario.

1-of-2

| DATE OF INCIDENT (Fecha Del Incidente): 6-29-16 | TIME OF INCIDENT (Hora Del Incidente): 11:54 | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente): 1100 S. Hamilton St Chgo IL |
|---|---|---|

I went to court at 1100 S. Hamilton St. and for a year I was tould that their was no accesible toilets for the handicap, yet on 6-29-16 so I told ld this to my attorney on 6-29-16 and he spoke to c/o Hose Ebarez. I dont know what was said, but I was transported to a handicap toilet two times that day. please note the 2nd time I ake to go to Brown was the officer I asked and he said that he didnt know what I was talking about when I asked about the handicap taiflt so I asked about if I could speak to a sergeant, he calld and I was transported by c/o clarke to a handicap

**ACTION THAT YOU ARE REQUESTING,** *(Acción que esta solicitada, Esta sección debe completarse)*

Sabrina has lied to me on me in the past and in some of the response in the Past Please dont late her reply.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) c/o EBAREZ c/o Brown c/o Clarke Inmate Maurigce Lord | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): Shaune Burns |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): D Wilson | SIGNATURE: D. Wil— | DATE CRW/PLATOON COUNSELOR RECIEVED: 7/5/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

*Chair*

☒ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

**! This section is to be completed by Program Services staff - ONLY !** *(¡ Para ser llenado solo por el personal de Program Services !)*

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **Burns**

PRINT - FIRST NAME *(Primer Nombre)*: **Shayne** AKA Robert

ID Number *(# de identificación)*: **2012/227/53**

DIVISION *(División)*: **08**

LIVING UNIT *(Unidad)*: **3 A 7**

DATE *(Fecha)*: **3 / 21 / 15**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

*Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
*Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
*Cuando una Queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE:   Date of Incident -   Time of Incident -   Specific Location of Incident
*(Por Favor, Incluya:   Fecha Del Incidente -   Hora Del Incidente -   Lugar Específico Del Incidente)*

when I came back from Cermak Health Services after I fell and hurt my head and neck, a C/o officer gave me some clean Uniform Clotheing, because I vomit and had a bowel movement on my self. This is why I belive the Doctor in Cermak didn't examine me. any way when I got back to 3A Unit the Same officer wouldn't late me take a Shower, he made me get in my cell Room. when I got to my room, my cell mate said man this shit is still on the floor, I couldn't belive it. He said officer Tracey will not give me a mop or have some one come clean it up. So I said I'm not going in the room with shit on the floor. so some other officer said late them see the mop and he did. Lt cobble came to 3A and I informed him that I have shit and vomit on me, I need a Shower & the C/o won't let me Shower.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitada)*:

LT made the C/o late me Shower.   inform All C/o's Procedure before said.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información)*: **Marque Bowers**

INMATE SIGNATURE *(Firma del Preso)*: **Shayne Burns**

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): **Brill**

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: **3 / 24 / 15**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

FCN-47 (NOV 11)   • (WHITE COPY - PROGRAM SERVICES)   (YELLOW COPY - CRW/PLATOON COUNSELOR)   (PINK COPY - INMATE)

3 of 3



(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☒ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

**PRINT - INMATE LAST NAME** (Apellido del Preso): Burns

**PRINT - FIRST NAME** (Primer Nombre): Shaune  A.K.A Robert Lee

**INMATE BOOKING NUMBER** (# de identificación del detenido): 20121227153

**DIVISION** (División): 08

**LIVING UNIT** (Unidad): 3F

**DATE** (Fecha): 6-29-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

2 - of - 2

**DATE OF INCIDENT** (Fecha Del Incidente): 6-29-16

**TIME OF INCIDENT** (Hora Del Incidente): 11:54

**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico Del Incidente): 1100 S. Hamilton St. Chgo IL

toilet. it was 4 inmates in the Room that can witness this. one of the names is maurice lord. this shows you all lied to me all this time. and because of your disregard of my rights I've been dehumanize and embarrass. this needs to be fixed not just for me but for all of the handicap, not just when I show up in court. this should be a policy and it needs to be posted for officers and inmates to see. Like the sign that once said ask KC to if you need to use toilet chair. this sign is no longer posted.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse):

SABRINA said that my grievance has nothing to do with this Jail, and that she's sent my grievance's to 1100 S. Hamilton. I want a response from some one over there the grievances she sent to 1100 S. Hamilton. I want ya to fix whats wrong. and to date me know why I was lied to for so long. I don't want a response for Sabrina she LIES.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FROM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES, PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información): %EBAREZ % Brown % Clarke   inmate maurice Lord

**INMATE SIGNATURE AND DATE** (Firma del Preso/Fecha): Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson

**SIGNATURE:** D.W—

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 7/5/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL # 

**!This section is to be completed by Program Services Staff - ONLY!** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☒ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: Burns | PRINT - FIRST NAME *(Primer Nombre)*: Shaune  AKA Robert | ID Number *(# de Identificación)*: 20121227153 |
| DIVISION *(División)*: 08 | LIVING UNIT *(Unidad)*: 3 G | DATE *(Fecha)*: 2 / 15 / 15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas y Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE:  Date of Incident  Time of Incident  Specific Location of Incident
*(Por Favor, Incluya:  Fecha Del Incidente.  Hora Del Incidente.  Lugar Específico Del Incidente)*

I ask for a commode chair when I was at the Juvenile detention center on 1100 S. Hamilton St. Chgo Ill. the officer didn't know if a chair was available he never got back to me, and I needed to go to the toilet very bad, so I did my best to get on to toilet and I had a fall because toilet area is not handicap accessible, the toilet is to low the walls has no Rails to help me get on and off the toilet I hurt my back-neck and I busted my head, and I have a not on my head that dont look like its going away. I was tould that a toilet chair will go to court with me. This did not happen, even after I ask about it I was tould I have to get a order from the Doctor. This cant be right! I had to go by ambulance to Stroger. I'm in pain still.

**ACTION THAT YOU ARE REQUESTING** *(Acción que usted está solicitando)*

To be gave a control number and to have the toilet area made accessible and to have the toilet clean as it way very nasty! and Have a Commode Chair available. I shouldn't have to ask for me to no avail.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: | INMATE SIGNATURE *(Firma del Preso)*:  Shaune Burns   AKA Robert Bums |

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): Choose | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: 2/13/15 |
| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: / / |

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**!This section is to be completed by Program Services Staff - ONLY!** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☑ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT – INMATE LAST NAME *(Apellido del Preso)*: **Burns**

PRINT – FIRST NAME *(Primer Nombre)*: **S____ AKA Robert**

ID Number *(# de Identificación)*: **20121227153**

DIVISION *(División)*: **8**

LIVING UNIT *(Unidad)*: **3 G**

DATE *(Fecha)*: **2 5 15**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*

\* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
\* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
\* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
   if there has been no response to the request or the request is deemed unsatisfactory.

\* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
\* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
\* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control",
   -ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: *(Por Favor, Incluya:)*  Date of Incident - *Fecha Del Incidente* -  Time of Incident - *Hora Del Incidente* -  Specific Location of Incident - *Lugar Específico Del Incidente*

I. Put in a grievance on 2-24-15 about the detention center on 1100 S. Hamilton St Chgo ILL. not being handicap accessible, because of this I soiled my self, this was very embarrassing. In the grievance I said I'll have to go to the detention Center for Court in the future and I ask for the toilets be made accessible, this was to no avail. I received a response on 2-5-15. I want to and want to appeal the response because the detention center had no Commode Chair available and I ask the officer for one, he didnt know if one was avalabe he didnt get back to me. Also in the grievance I ask for a control number to no avail.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando)*:  To be gave a control number and a appeal form so I can appeal the response I got on 2-5-15. Please note the response have some numbers on the top of the Page # 0048709

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT *(Nombre del personal o presos que tengan información)*:

INMATE SIGNATURE *(Firma del Preso)*: *Steve Burns* AKA Robert Burns

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): **Chosca**

SIGNATURE: _____

DATE CRW / PLATOON COUNSELOR RECEIVED: **2 6 15**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): _____

SIGNATURE: _____

DATE REVIEWED: ___ / ___ / ___

FCN-47 (Rev. 09/14)

WHITE COPY - PROGRAM SERVICES      YELLOW COPY - CRW / PLATOON COUNSELOR      PINK COPY - INMATE



(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

*Chair Cold* **CONTROL #** | **INMATE ID #**

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☑ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20121227753

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
2-4-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*
2-4-16

**TIME OF INCIDENT** *(Hora Del Incidente)*
7:00

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
Div 5 holding

To day at Cook county Jail I had court and I was put in a holding Cell, and I was Freezing from 7 to about 10 or so I tould two Sergents to no avail. one of the sgts was Sgt. Thompson I dont know the other. you can see who he is from the video of the holding cell. I did get a coat from a Lt, this can all so be seen from the video. The cold maks my body hurt like Hell. Im in a lot of Pain as I write this. this is because of my handy cap of arthritis

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*
for you All not to make me sit in a Cell thats freezing for so long. and to be gave a coat befor leving Div 08. its not right to punish me ore anyone with a weel Chair or because they have a weel Chair.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*
LT. Thompson

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Shaune Burns

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:**
2/6/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:**

(FCN-40)(SEP 14)　　**(WHITE COPY – INMATE SERVICES)**　　**(YELLOW COPY – CRW/PLATOON COUNSELOR)**　　**(PINK COPY – INMATE)**



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**  *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | 2019709 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| **GRIEVANCE FORM PROCESSED AS:** | **REFERRED TO:** |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune  Aka Robert Lee | 2012227153 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 3F | 8-24-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 8-24-15 | first shift | 1100 S. Hamilton |

every time I go to court at ~~the th~~ 1100 S. Hamilton it never takes long before Im out of court yet Im made to sit for money hours before some from transport comes and gets me. I was out of court to day at 12:00 but didn't get back unto 7:20. my back and but hurts from sitting in the Chair for all the hours. and if I wasn't in the Chair I'ed have to sit on Steel Benches for all that time.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* for a control number and not have to sit for all the hours Im had made to wate for transport. and when I get back to the county not have to wate ~~into~~ in a bull Pin for mour hours when my Unit is Right over me on the 3rd floor.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(Si ELEGIDO PRESENTAR SU QUEJA MÁS de 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. W. | D. W. | 8/25/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY – INMATE SERVICES)** | **(YELLOW COPY – CRW/PLATOON COUNSELOR)** | **(PINK COPY – INMATE)** |
|---|---|---|---|

(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [✓] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [✓] SUPERINTENDENT: _____
- [✓] OTHER: _D.O.C. _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Burns

**PRINT - FIRST NAME** *(Primer Nombre):* Shaune   AKA  Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20121212271153

**DIVISION** *(División):* 08

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 9-9-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no padrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

I want this to go to the head of the county Tom Dart !

**DATE OF INCIDENT** *(Fecha Del Incidente):* Last time I went to court dont remember

**TIME OF INCIDENT** *(Hora del Incidente):* 12:00

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Court 1100 S. Hamilton

This is a appeal. I put in many grievance's about A.D.A issue's. when I went to Court on 1100 S. Hamilton I ask for a toilet Chair it was very nasty. each time I ask for soap I'm tould we dont have Soap. So All the inmates that use the chair dont have any soap? thats nasty and a helth Hazard. and it is a accommadation issue because Im in your custody and you Provide for all my needs. Just not very good in this case. I'll go to the court for Help

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* for the Chair to be clean at the same time the toliet is clean and for soap to be made available. and to be gave a control number !

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELIGIDO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Shaune Burns

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 9/10/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☒ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**!This section is to be completed by Program Services Staff - ONLY!** *(! Para ser llenado solo por el personal de Program Services ')*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

Program Services Supervisor Approving Non-Grievance (Request) Signature

---

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso):*
**Burns**

PRINT - FIRST NAME *(Primer Nombre):*
**Shaune**

ID Number *(# de identificación):*
**20121227153**

DIVISION *(División):*
**08**

LIVING UNIT *(Unidad):*
**3 F**

DATE *(Fecha):*
**7 , 22 , 15**

---

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

\* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
\* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
\* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

\* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
\* Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
\* Cuando una queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

| PLEASE INCLUDE *(Por Favor, Incluya)* | Date of Incident *- Fecha Del Incidente* | Time of Incident *- Hora Del Incidente* | Specific Location of Incident *- Lugar Específico Del Incidente* |
|---|---|---|---|

This is a grievance. I went to court at 1100 S. hamilton and I asked the officer If I could use the handicapped toilet chair, and when came back with it it was nasty, it looked like it had feces and blood on it. I ask the officer for some soap to clean the chair off, he said we dont have any soap. I showd him the feces and blood, he then said this is jail, a inmate that was in the room with me said again thats not right and he gave me his name and I.D. number. I ask the %if if I could speak to a Sargent. Sgt Banks come and I told her why I needed to speak with her. She said we dont have any soap and that we have to bring soap from home. She didn't know that the % said the only soap comes out of a Dispensary and he wouldnt go get any. This cant be right.

ACTION THAT YOU ARE REQUESTING *(Acción que esta solicitando):* for you all to make the holding room handicapped accessible and for soap to be made akailable. if soap not available then the chair is mour nasty then it looked and it looked nasty very nasty!

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información):*
Sgt Banks
miltonmiranda # 20131229071

INMATE SIGNATURE *(Firma del Preso):*
*Shaune Burns*

---

**SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW / PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| D W J | D W J | 7 , 23 , 15 |

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | / / |

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☑ GRIEVANCE　　☐ NON-GRIEVANCE (REQUEST)

CONTROL #

---

**!This section is to be completed by Program Services Staff - ONLY!** *(¡ Para ser llenado solo por el personal de Program Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☑ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

---

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Burns

**PRINT - FIRST NAME** *(Primer Nombre)*: Shayne　AKA Robert

**ID Number** *(# de Identificación)*: 20121227153

**DIVISION** *(División)*: 8

**LIVING UNIT** *(Unidad)*: 3 F

**DATE** *(Fecha)*: 1, 24, 15

---

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

**PLEASE INCLUDE:** *(Por Favor, Incluya:)*　Date of Incident - *Fecha Del Incidente* -　Time of Incident - *Hora Del Incidente* -　Specific Location of Incident - *Lugar Específico Del Incidente*

I went to court on 1-23-15 at the Juvenile Juvenile
Detention Center on 1100 S. Hamilton St. Chgo ILL. I had
to hould my bowel movement because the toilets was
not handicap e accessible and = soiled my self this
was very = embarrassing. I'll have to go to the Juvenile
Court in the Future and I'm asking for the toilets be made
accesible. and I need a control number and this is a
GRIEVANCE. also the toilets sit very Low without
Rails it impossible for me to get on the toilets

---

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitando)*: That the toilets be made accesible

---

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):*

**INMATE SIGNATURE** *(Firma del Preso)*: Shayne Burns　AKA Robert Burns

---

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW / PLATOON COUNSELOR (Print):** T Musya

**SIGNATURE:** [signature]

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 1 , 20 , 15

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:** __ / __ / __

---

FCN-47 (Rev. 09/14)　　WHITE COPY - PROGRAM SERVICES　　YELLOW COPY - CRW / PLATOON COUNSELOR　　PINK COPY - INMATE



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| **GRIEVANCE FORM PROCESSED AS:** | **REFERRED TO:** |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune  AKA Robert Lee | 20121227153 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 3 F | 3-5-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecho Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 2-23-16 | About 3:00 | court 1100 S. hamilton chgo, IL |

I hurt my back and neck and head because I fall because the handicapped toilet chair is not stable and fail over because of my weight shifting to one side because the wili Clair wheels aint stable because the wheel barring are bad and need to be fixed or replaced I had the locks on and the chair shift to one side, and because the toilet chair is not stable I fail note I have a very bad back and some times my pain is a (10) plus as it was this week I went to court. Ive been informing med staff for about 2 years I was gave a x-Ray last year and told me nothing wrong with me. This cant be right

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For 4 you all to make the boulding Room at court handicapped assesable because the officer will not take me to the public rest room, and for you all to have Soap in the rest rams. And Fix Chair Thanks.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | D Wilson | 3-6-16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(APR15)     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – CRW/PLATOON COUNSELOR)**     **(PINK COPY – INMATE)**



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Burns

**PRINT - FIRST NAME** *(Primer Nombre):* Shaune   AKA Robert Lee

**INMATE BOOKING NUMBER** *(# de Identificación del detenido)* 20121227153

**DIVISION** *(División):* 08

**LIVING UNIT** *(Unidad):* 3F

**DATE** *(Fecha):* 10-21-15

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" If there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 10-21-15

**TIME OF INCIDENT** *(Hora Del Incidente)* 10:30

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div 08 3F

This is a grievance! I went to court on 10-21-15 at Branch 64, and at 10:30 or so I ask for a toilet chair because the toilet in the cell I was in was to low and was not handicap accessible. The C/O said we dont have a chair and your in the handicap cell. I have a very bad back do to all the falls Ive had at this jail. and I cant sit low with out the help of handicap cells. The cell said handicap but its any thing but! I did my best to use the will chair arms but it broke and fell and I hurt my back more so! this cant be right. 555 Harson Court.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for you all to fix whats wrong. and to give me a control number, Please Save Vido

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELIGIDO PRESENTAR SU QUEJA MAS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha:)* Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 10/27/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(SEP 14)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – CRW/PLATOON COUNSELOR)**    **(PINK COPY – INMATE)**

# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

*Chair*

INMATE ID #

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune    AKA  Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20121287153

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3F

**DATE** *(Fecha):*
8-24-15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*
8-24-15

**TIME OF INCIDENT** *(Hora Del Incidente)*
First Shift

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*
1100 S. Hamilton

To day I went to Court at 1100 S. Hamilton and the handicapped toilet chair was very nasty and the toilet it self looked as if it hasn't been clian in a very long time. officer Juarez gave me some hand sanitiezr to clean of the chairs because the chair was even more nasty then then the last time I went to court. Attorney marlene Fuentes said but they did give you a chair as if I should be happy with that, as if the nastyness should be over looked. I dont know who's Reading this but how would you like to clean the

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To have soap to use and to have to Clean some one's phecies off a toilet chair. after Cleaning off the chair their wasn't anything left to clean my hands with, The C/o said the hand Sanitiezr so was his. I dint want to flush it
*A control number*

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.
*(SI ELEGIDO PRESENTAR SU QUEJA MAS DE 2 DÍAS ANTES QUE  CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE  UN PRINCIPIO, ES NECESARIO QUE CAMBIE  LA FECHA Y INCLUYA SUS INICIALES  PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presas que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):*
Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES.  IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):**
D. Wil

**SIGNATURE:**
D. W

**DATE CRW/PLATOON COUNSELOR RECIEVED:**
8/25/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

FCN-40)(SEP 14)

**(WHITE COPY – INMATE SERVICES)**      **(YELLOW COPY – CRW/PLATOON COUNSELOR)**      **(PINK COPY – INMATE)**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** *Push*

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:** 330

☐ CERMAK HEALTH SERVICES

☑ SUPERINTENDENT: RCDC

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Burns

**PRINT - FIRST NAME** *(Primer Nombre):* Shaune

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 20121227153

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3 F

**DATE** *(Fecha):* 1-11-15

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 1-11-15

**TIME OF INCIDENT** *(Hora Del Incidente)* About 2:00

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* Div 5 Hallway

I went to court and I had to push my self down along hallway. I asked for help because my Back was hurting alot. The officer didn't help me. I even something to a Sgt. I don't know his name because his I.D couldn't be seen. I Did get Push from court.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* I need to

be gave help when i ask. and I want You to keep the Video and I need I contort number.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Shaune Burns

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): D. C___ | SIGNATURE: D C___ | DATE CRW/PLATOON COUNSELOR RECIEVED: 1/12/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(SEP 14) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE)



(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | | INMATE ID # |
|---|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:** *Cold*

- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Burns | Shaune AKA Robert Lee | 20121227153 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 08 | 3F | 3-23-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted; however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 3-23-16 | 6:30 | Div 5 holding cell |

this is the 4th time I was put in the holding Cell and it was very Cold in the cell all the officers had on coats and when I and other inmates ask for coats because we was Cold, the %0 said he dont have any. At 8:45 I ask a Sgt. going by he didnt even stop. 8:25 we asked a lady Sgt. She said I dont work this Unit. about 8:30 a %0 came by with 3 carts of coats we asked for coats, he said No The A.D.A Lady Sabina came by and we told her we're cold She made the officer's give us coats. The rest of your staff old and sair That's cant be right and I had to put my self back.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

Please have some one push me on long distance every thing I've said can be looked at on your Video Please see it, and give coats to me and All inmates that'll be in the holding cell be its cold

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(Si ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| | Shaune Burns |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | D. w | 3/24/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|

| (FCN-40)(APR15) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|



**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | | INMATE ID # |
|---|---|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Burns

**PRINT - FIRST NAME** *(Primer Nombre)*: Shaune

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20121227153

**DIVISION** *(División)*: 08

**LIVING UNIT** *(Unidad)*: 3F

**DATE** *(Fecha)*: 2-24-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario.

**DATE OF INCIDENT** *(Fecha Del Incidente)*: 2-23-16

**TIME OF INCIDENT** *(Hora Del Incidente)*: 2:00 Am

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Cermak to Div 08 Hall way

I was in a lot of pain do to a fall and I was made to will my self from Cermak to Div 08 3F. IF I ask for help I feel I should get it

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitada, Esta sección debe completarse)*

To be Push any Place thats long distance. And to be gave a control number. and for you to look at the video and keep P.T.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Presa/Fecha):* Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. ___

**SIGNATURE:** D. ___

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 2/25/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-40)(APR15)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – CRW/PLATOON COUNSELOR)        (PINK COPY – INMATE)

(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM** *Chair*
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| 20160914 | 604870 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [x] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE **LAST NAME** *(Apellido del Preso):* **Burns**

PRINT - **FIRST NAME** *(Primer Nombre):* **Shaune**

INMATE BOOKING NUMBER *(# de identificación del detenido)* **20121227153**

DIVISION *(División):* **08**

LIVING UNIT *(Unidad):* **3F**

DATE *(Fecha):* **2-2-16**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT *(Fecha Del Incidente)* **1-26-16**

TIME OF INCIDENT *(Hora Del Incidente)* **500**

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* **Div 8**

My weel chair order ran out I need it for court I cant walk far or stand long I'll not go with out my chair Because I'll be in pain.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

redo my order

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)* Sabrina The Attorney For this Jail

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): D C W

SIGNATURE: D. C W

DATE CRW/PLATOON COUNSELOR RECIEVED: 2/2/16

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED/

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*
*(Oficina del Alguacil del Condado de Cook)*

Chair

| CONTROL # | INMATE ID # |
|---|---|

will

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **BURNS**

PRINT - FIRST NAME *(Primer Nombre)*: **Shaune** AKA **Robert Lee**

INMATE BOOKING NUMBER *(# de identificación del detenido)*: **2012127153**

DIVISION *(División)*: **08**

LIVING UNIT *(Unidad)*: **3 F**

DATE *(Fecha)*: **3-1-16**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 3-8-16 | 12:05 | Div-08 on the ramp. |

I'm grieving the fact that the wheel chair the jail gave me lost it's left back wheel, this was on 3-8-16, at about 12:05, in Division 08, on the ramp. I hurt my back-neck Face and left arm. I had to push my self as I was told at the post that it's not officer's job to push inmates; It medical. just then the moving officer came to take me to the dentist in Div. (5). I didn't make it, I wanted to, so with help I did my best to stand, but the pain in me, was to much for me, my back was hurting from the start, and more so once the wheel came off. It was embrassing and dehumanizing because your staff was laughing at me.

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)* for you to

Inwastergte this incendent.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)*

C/o Aguilar

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha:)*

*Shaune Burns*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | D | 3/21/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|

(FCN-40)(APR15)        (WHITE COPY – INMATE SERVICES)        (YELLOW COPY – CRW/PLATOON COUNSELOR)        (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☑ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| ~~Burns~~ Shatine Burns | Shaune | 2012.1227153 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 3 F | 4-23-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 4-22-16 | 9;30 PM | Div 08  3F |

I've had pain in my back for a long time, and on 3-8-16 the pain got much worst do to an a wheel coming off the wheel chair I was gave by the County jail. I was gave tramadol and it didn't stop the pain, but it did help. Tramadol is the only thing thats has helped. if theirs a problem with me being on tramadol, give me the non-narcotic Shot Please! Just dont make me live with this pain. Some time my back hurt so Bad I wish I was dead, This cant be right. Pleas HELP!

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*  Some time

to be gave Some thing that helps the pain in my back.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Crw Wilson | Crw Booker | 4/25/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

| (FCN-40)(SEP 14) | **(WHITE COPY – INMATE SERVICES)** | **(YELLOW COPY – CRW/PLATOON COUNSELOR)** | **(PINK COPY – INMATE)** |
|---|---|---|---|

**INMATE GRIEVANCE FORM** *Chair*
(Oficina del Alguacil del Condado de Cook)
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: RTU 8
- ☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso):
**Burns**
DIVISION (División): **08**

PRINT - FIRST NAME (Primer Nombre):
**Shaune**
LIVING UNIT (Unidad): **3F**

INMATE BOOKING NUMBER (# de identificación del detenido):
**2012 1227153**
DATE (Fecha): **4-8-16**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT (Fecha Del Incidente): **4-5-16**
TIME OF INCIDENT (Hora Del Incidente): **900 Am**
SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente): **Div 8 hallway**

I was called to Cermak Health Services and I had to push my self up the ramp. If you'll look at the video ya'll see I asked the one of the C/O's for help when I got off the Elavator and he just waved me on. you all said if I need help just ask, I did to no avail. this was 4-5-16 1st shift

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED (Acción que esta solicitado, Esta sección debe completarse) **To be gave**

help when I ask, because something is wrong with back it hurts a lote. Pushing my self makes it hurts more so.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY THAT YOU CHOSE TO SUBMIT THE FORM.**

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha):
*Shaune Burns*

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

CRW/PLATOON COUNSELOR (Print): **D. Wilson**
SIGNATURE: *D WJ*
DATE CRW/PLATOON COUNSELOR RECIEVED: **4/11/16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

Chair will

| CONTROL # | INMATE ID # |
|---|---|
| | |

| ☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST) |
|---|

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| **GRIEVANCE FORM PROCESSED AS:** | **REFERRED TO:** |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: _____ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: _____ |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune | 20121227153 |
| DIVISION *(División):* 08 | LIVING UNIT *(Unidad):* 3F | DATE *(Fecha):* 3-29-16 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 3-8-16 | 12:05 | Div 08 Ramp |

I got hurt on 3-8-16 whin the wheel came of of the wheel Chair I was gave by the jail. I hurt my back face and left arm. Please note my left arm has two screws in it, and I fell on it and the meds work for my back teeth face but not my arm. Ive put in meny grievance and medcial request All to no Avail my apontment for 3-23-16 to see Doc was canceled.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

to have X-Rays did and to be looked at by a Doctor right away because my Pain is a #10. This cant be right!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LE ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. W | 03/30/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

| (FCN-40)(APR15) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – CRW/PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** Chair
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Shaune Burns | Shaune | 20121227153 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 | 3 F | 12-28-15 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 12-18-15 | about 10:30 | Hall way of Div 8 and 5 |

I went on to Cermak Health Services on the 18th thats 12-18-15 and I asked for help with the will Chair from the officer to no varil. my back was hurting alot and it was very hard for me to push my self. note the CO said he dont have to push me. When I go to court sometime the CO push me and sometime they dont this is a GRIEVANCE!

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)* I ed like to know if the officer's are Suppose to push me or not? I ed like you all to look at the Video from the 18th thats 12-18-15. And I need a control number

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE, CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información):* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| The moving officer | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 12/28/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – CRW/PLATOON COUNSELOR)**    **(PINK COPY – INMATE)**



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| **! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**   *(! Para ser llenado solo por el personal de Inmate Services !)* |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

| **INMATE INFORMATION** *(Información del Preso)* |
|---|

PRINT - INMATE **LAST** NAME *(Apellido del Preso):*
**Burns**

PRINT - **FIRST** NAME *(Primer Nombre):*
**Shaune**  AKA  **Robert Lee**

INMATE BOOKING NUMBER *(# de identificación del detenido)*
**20121227153**

DIVISION *(División):*
**08**

LIVING UNIT *(Unidad):*
**3 F**

DATE *(Fecha):*
**4-24-16**

| **INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):* |
|---|

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

DATE OF INCIDENT *(Fecha Del Incidente)*
**4-24-16**

TIME OF INCIDENT *(Hora Del Incidente)*
**6:00 PM**

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*
**Div 08    3 F**

My back is Killing Me do to a fall I had on 3-8-16, The wheel chair the jail gave Me wheel come off and I Rehurt my back. The only Medication that has ever helped the Pain in back. I've Put in 4 Health Serice Request Forms all to no avail. I've got no Response This cant be right!

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitada, Esta sección debe completarse)*

Please! Please! do something the Pains Unbairable. Please.

| IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM. |
|---|
| *(SI ELIGIDO PRESENTAR SU QUEJA MÁS DE 2 DIAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)* |

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):*
*Shaune Burns*

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

CRW/PLATOON COUNSELOR (Print):
*Crw B Wilson*

SIGNATURE:
*Crw B Wilke*

DATE CRW/PLATOON COUNSELOR RECIEVED:
**4/25/16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40)(APR15)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso):* Burns | PRINT - FIRST NAME *(Primer Nombre):* Shaune | INMATE BOOKING NUMBER *(# de identificación del detenido)* 2012227153 |
|---|---|---|
| DIVISION *(Division):* O 8 | LIVING UNIT *(Unidad):* 3F | DATE *(Fecha):* 8-14-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter uno queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* 8-9 16 | TIME OF INCIDENT *(Hora Del Incidente)* 10:30 | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* 1100 S. Hamilton St. Chgo IL |
|---|---|---|

AT court at 1100 S. Hamilton today I didn't ask to be escorted to a handicap toilet even though I needed to go. the last time I was at the court I was made to feel like a peace of (s--t). as if I was annoying them. And the nasty looks I got didn't feel good either. the looks of the officers an civillians. I felt like a monkey on display with the Jail uniform on. will you Please fix the toilet so I can use it. I'ed appreciate it alot.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

For you All to make to holding Room toilet handicap equipped so I dont have to feel so embarrassed from the nasty looks from the officers. This was 2nd Shift when I need to go to the toilet. the last time I was to court

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* Shaune Burns |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): D Wilson | SIGNATURE: D Wilson | DATE CRW/PLATOON COUNSELOR RECIEVED: 8/15/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(APR15)     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – CRW/PLATOON COUNSELOR)**     **(PINK COPY – INMATE)**



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**   Chair
*(Formulario de Queja del Preso)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**   Kall   w

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

PRINT - INMATE LAST NAME *(Apellido del Preso)*:
**Burns**

PRINT - FIRST NAME *(Primer Nombre)*:
**Shaune**   AKA  Robert Lee

INMATE BOOKING NUMBER *(# de identificación del detenido)*:
**20121227153**

DIVISION *(División)*:
**08**

LIVING UNIT *(Unidad)*:
**3 F**

DATE *(Fecha)*:
**3-19-16**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

DATE OF INCIDENT *(Fecha Del Incidente)*
**3-8-16**

TIME OF INCIDENT *(Hora Del Incidente)*
**12:05**

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)*
Div 08 on the ramp

Some thing is wrong with my left arm, its in alot of pain do to a Fall out of my wheel chair. I believed it'll get better but it has not, its got worst, my Pain is #10 and my hand is numb. their are no medical request forms on my Unit at this time. Anyway I've put in about 3 and I've made this known to the nurse is when they Pass out meds, all to no avail.

ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED *(Acción que esta solicitado, Esta sección debe completarse)*

I have two SKROWS in my left arm and I fell on it. Pains increasing I need to be looked at by a Doctor right away, not by a Staff member that'll Just Say put in a medical request Form as all the nurse's have said. I'm on Pain meds it works for my back - Teeth - neck but not my Arm

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tengan información:)*

INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*:
*Shaune Burns*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| D. Wilson | D CW | 3/21/16 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(APR15)      (WHITE COPY – INMATE SERVICES)      (YELLOW COPY – CRW/PLATOON COUNSELOR)      (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune  AKA Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
2012 1227153

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3 F

**DATE** *(Fecha):*
5-24-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

2 of 2

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 5-24-16 | about 5:00 PM | Div 08 3F |

AFTER all this time Sabina now say it the responsibility of the cook county board President to make the holding cell toilet handicap accessible. This cant be right. where and when ever I go to court Im the responsibility of Cook county Sheriff officers. I said this to Sabina and she said your right but Tom Dart dont run the detention center. So why has she been the one giving me a response to the grievance's

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for some one to inform me of the address and name of Tony Preckwinkle or who ever Runs the detention center. And for all holding cells to be made handicap accessible. And for You to speek to all my witnesses for all Grievance on this.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE** *(Firma del Preso/Fecha):*
Shaune Burns

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wil | 5/8/16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – CRW/PLATOON COUNSELOR)**   **(PINK COPY – INMATE)**

*(left margin:)* who all get my Grievance at the detention center?

*(right margin:)* You said you sent my last grievance to the detention center to who?



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune   AKA Robert Lee

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20 1212 27153

**DIVISION** *(División):*
08

**LIVING UNIT** *(Unidad):*
3 F

**DATE** *(Fecha):*
5-24-16

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

1 of 2

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 5-24-16 | about 5:00 PM | Div 08 - 3F |

On 5-24-16 about 5:00 PM the ADA Lady Sabrina Canchola Saird to me Cook County Jail or Tom Dart have any thing to do with the Detention center NOT being handicap accessible at 1100 S. Hamilton, I go to court their. this is misleading because she has responed to many of my grievance's. She say in some of the respones that I know to ask officers to take Me to a accessible toilet or she'll say I know the policy. Please note I know what she say the policy is and I've asked over and over to no avail. The Grievance I Put in on 5-4-16 Show's this.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitando, Esta sección debe completarse)*

Sabrina Said she sent my grievance of 5-4-16 to the centers to who. I need For Someone to inform me of the address and name of Tony Preckwinkle or who ever Runs the detention center. And for all the holding cells to be made handicap accessible. all for you to Speek to all my witnesses on All Grievances on this.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D Wilson | D Wil | 6/8/16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14)        **(WHITE COPY** – INMATE SERVICES)        **(YELLOW COPY** – CRW/PLATOON COUNSELOR)        **(PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☒ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

Court

**!This section is to be completed by Program Services Staff - ONLY!** (¡Para ser llenado solo por el personal de Program Services !)

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso):
**Burns**

PRINT - FIRST NAME (Primer Nombre): AKA Robert
**Shaune**

ID Number (# de Identificación):
**20121227153**

DIVISION (División):
**08**

LIVING UNIT (Unidad):
**3 F**

DATE (Fecha):
**7 / 12 / 15**

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number"
if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desee llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NÓ (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Número de Control",
ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente)

This is a grievance
I've been denied medical treatment from the time I got hurt at court until now. I got hurt on 7·10·15 today is 7·13·15. I got hurt at court by some officer and I said so right when it happened to no avail. I got up on 7·13·15 feeling worst then the day it happen and my chest hurts when I breathe I've told the officers working the unit I'm in the cro-er gave me a med Request thing is the request must be looked at untill monday. I was call to c-side despary I inform nurse Gavin of my trauma on 7·11·15 and today in c-side despary she'll see but she said and that it's shit stuff. at 11·23 nurse Humphres come to 3F & I told her about all of my problems and that my chest is hurting she said I'm not going to send you to Cermak just because So you say yo chest hurt I so saw you in the hallway with yo Sign

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitando):
Cntrol number save All video tape
All medical needs looked at

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información)

INMATE SIGNATURE (Firma del Preso):
**Shaune Burns**

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print):
D C

SIGNATURE:
D W

DATE CRW/PLATOON COUNSELOR RECEIVED:
**7 / 13 / 15**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:
/ /

FCN-47 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

COOK COUNTY SHERIFF'S OFFICE          ☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)
*(Oficina del Alguacil del Condado de Cook)*

| | CONTROL # | INMATE ID # |
|---|---|---|

**INMATE GRIEVANCE FORM**  *Chair*
*(Formulario de Queja del Preso)*

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !  *(¡ Para ser llenado solo por el personal de Inmate Services !)* |
|---|

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO;**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):*
Burns

**PRINT - FIRST NAME** *(Primer Nombre):*
Shaune    *AKA Robert Lee*

**INMATE BOOKING NUMBER** *(# de identificación del detenido)*
20121227153

**DIVISION** *(División):*  08

**LIVING UNIT** *(Unidad):*  3 A

**DATE** *(Fecha):*

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es Insatisfactoria.
- Sólo una queja por formulario

| **DATE OF INCIDENT** *(Fecha Del Incidente)* | **TIME OF INCIDENT** *(Hora Del Incidente)* | **SPECIFIC LOCATION OF INCIDENT** *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 11-4-15 | 2:00 | 08  3A |

This • is a appeal! Please note the appeal form came to me crossed out. This is miss leading. Anyway I put in a grievance on 10-21-15 because I went to court at 555 Harson, Branch 64, and I was not able to get on the toilet because the cell had no rails, it wasn't handicap accessible. I ask for a toilet chair and the C/o said we dont have one. I ask is their a handicap toliet I can use? I was tould your in the handicap cell. it was in the poor handicap cell. this was my first time going to Branch 64 so how could this response apply? and I was tould I cant go to the pubic restroom.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for you All to Put rails up or have a handicap chair their and because inmates dont know how meney other inmates has use the chair befor him, soap needs to be made ~~available~~ AVAILABLE! I need a control number!

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA E INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| **NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* | **INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| **CRW/PLATOON COUNSELOR (Print):** | **SIGNATURE:** | **DATE CRW/PLATOON COUNSELOR RECIEVED:** |
|---|---|---|
| L. Ucero | | 11/07/15 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-40)(SEP 14)       **(WHITE COPY – INMATE SERVICES)**       **(YELLOW COPY – CRW/PLATOON COUNSELOR)**       *(PINK COPY – INMATE)*



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM** *Chair*
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☑ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| Burns | Shaune AKA Robert Lee | 20121227153 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 08 | 3 F | 12-30-15 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Específico Del Incidente)* |
|---|---|---|
| 12-30-15 | 6'06 | 08 3 F |

I need to Know how much time do I have to find a Civil Claim on this Jail

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

for a copie of this to go to the Law Library and the Attorney for This Jail. And I need a control number

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha):* |
|---|---|
| | Shaune Burns |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES** IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| | | 12/31/15 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40)(SEP 14)     **(WHITE COPY** – INMATE SERVICES)     **(YELLOW COPY** – CRW/PLATOON COUNSELOR)     **(PINK COPY** – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2016 X 5920

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):* Burns

INMATE FIRST NAME *(Primer Nombre):* Shaune

ID Number *(# de identificación):* 20121227153

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 530- Security Procedure

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): N/A

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: (Example: Superintendent, Cermak Health services, Personnel): Ox RTU Supt
DATE REFERRED: 7/18/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Division 8 RTU is a Medical Unit that is equipped with an ADA accessible outdoor patio only. Tier 3F has had documented Recreation.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Cmdr Thomas
SIGNATURE: Cmdr J
DIV./ DEPT.: Div 8 RTU
7/19/16

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DIV./ DEPT.:
DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Shaune Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 8-3-16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 8 3 16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* There's no Room for me to do anything because its to many Inmates see video

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)? Yes *(Si)* ☐ No ⊗

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)): Original Response to stand

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): J Mueller
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha): 8 8 16

INMATE SIGNATURE (Firma del Preso): Shaune Burns
DATE INMATE RECEIVED APPEAL RESPONSE: 8 9 16

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

**INMATE INFORMATION** (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Burns

INMATE FIRST NAME (Primer Nombre): Shaine

ID Number (# de identificación): 2012 / 227153

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 010 Ada Issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): D.O.S. Condon

DATE REFERRED: 6/8/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: This issue has been addressed on many previous grievances and non-grievance requests. The CCSO does not renovate buildings where structural barriers exist, reasonable accommodations are provided. Your concerns have already been forwarded to capital planning.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Shelena Cardona

SIGNATURE:

DIV / DEPT: DOC / ADA

DATE: 06 / 10 / 16

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV / DEPT:

DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso): Shaine Burns

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 6 / 15 / 16

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelación del detenido): ___/___/___

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (SI) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha): ___/___/___

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió respuesta a su apelación): ___/___/___

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # |
|---|
| 2013455-7 |

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Burns | Shane | 20121777153 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** O10 ADA Issue

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):** DOC ADMIN
**DATE REFERRED:** 11/87/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** GRAB BARS HAVE BEEN INSTALLED IN THE CELL, HOWEVER Mr. BURNS HAS BEEN INFORMED NUMEROUS TIMES THAT IT IS THE POLICY OF THE CISO TO ESCORT HIM TO AN ACCESSIBLE PUBLIC RESTROOM IF HE MAKES THE REQUEST.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sabana Sprade
**SIGNATURE:**
**DIV / DEPT.:** DOC ADA
**DATE:** 11/13/15

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances*

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** | **SIGNATURE:** | **DIV / DEPT.:** | **DATE:**

**NON GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box)**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE *(Firma del Preso):*** Shane Burns
**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida):* 11/18/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

**To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

*Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelación del detenido):** 11/18/15

**INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación):** I did ask to be escorted to an accessible Rest Room and was told I was in a Handicap Cell.

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(SI)* ☐   No ☒

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)):** Original Response to Stand. R/100 cannot Substantiate or Deny verbal/oral exchange with staff

**ADMINISTRATOR / DESIGNEE (Print):** J Mueller
**SIGNATURE (Firma del Administrador o / su Designado(a)):**
**DATE (Fecha):** 11/30/15

**INMATE SIGNATURE *(Firma del Preso):*** Shane Burns
**DATE INMATE RECEIVED APPEAL RESPONSE:** *(Fecha en que el Preso recibió respuesta a su apelación):* 12/2/15

FCN-48 (Rev. 09/14)   **WHITE COPY** - PROGRAM SERVICES   **YELLOW COPY** - CRW / PLATOON COUNSELOR   **PINK COPY** - INMATE

Hello

My name is Robert L. Burns
I'm in jail as Shaune Burns. I am writing to you seeking
Legal representation because I've been going to 1100 S.
Hamilton Chgo Il because my kid has a case their.
I've put in grievance's for over a year because the houlding room
toliet has no hand rails. I'ed ask the working C/o's if I could be
excorted to a accsible toliet. Some time the respones would
be theirs no accsible toliets in the building or we cant take
you to it because your an inmate. So after more then a year
I was gave a toliet chair and it broke whe I was doing
my best to get on it I had to be excorted to Stroger
by ambulace. And one time I fell and hurt my self because their
was no rails to help me froame the chair to the toliet and I did
my best to use my wheel chair and because of my wate I
went over and the chair fell on top of me. that was
after I'ed asked to be excorted to a handicap toliet to no
avail. this was my 2nd time going to Stroger by ambulace.
Also I've Put in grievance's because the building has no, ramps at
the door I go in and out of. when I go out theirs a drop and this
hurts my back alot. and the side walk going up to the door is broke
in some spots and going over the bad spots hurts my back also.
Please note for the last 3 months I've been excorted to a handicap
toliet. So I was lied to all the tim befor that. also please note
not all of the officers know to take me to a handicap toliet when
I ask, because the last time I went to court at 1100 S. Hamilton.
I'ed asked C/o murphy If he'd like me to a handicap toliet and

he said no, their was other inmates in the room with me raping with one another and they to hard him say no. I did get to go when the other % came to relive % murphy.

I'm going to put in a grievance about it. by the time you get this letter I would have put the grievance in. this will be to no avail because on 8-29-16 I got a letter Per compliance stall, that said: inmate is advised he has exhausted administrative remedies on the issue of J.TDC holding cell and the Cock county sheriffs office will not respond to any more grievances on that issue. as for the p. ramps and side walk going into the Juvenile detention Center the issue is the same. Sir I'ed appeciciate A response from you regarding My Plea for help in writing at your earlest convenience. I would also Appecictate if you cannot Assist Me with this case, IF you would refer My case to a lawyer or Law firm that might Assist Me. your time, cooperation, & consideration Are Highly appectated regarding this Matter.

P.S. I put in grievance's for two weeks because my wheel chair the Jail gave mehad a bad wheel, to no Avail. so one day I was made to push My self up the ramp going to cermak Health services and the wheel came off and I hit my face and hurt my back I've been on tramadol from that time to now. this was on 3-8-16.

Respectfully
Robert Lee Burns   AKA
Shawne Burns

HELLO

My NAME is Robert L. Burns.

I'm in Jail as Shaune Burns. I'm writing to you seeking Legal representation because I've been going to court at 1100 S. Hamilton and I've put in about (30) grievanceses because. I was tould for over a year that the building dont have a handicap tolet, see I'm in a wheel Chair do to a very bad back and I had a stroke. I fell going from my Chair to the toliet because the hollding room toliet dont have handicap rails, and the toliet is to low. I hurt my back, head, neck and I tend Use the toliet on my self number (2). So after that the Jail Staff gave me a toliet Chair to use and it fell when I was going from the wheel Chair to the the the toliet Chair. I hurt my Self two times and I had to be excorted to Stroger the two times. I've put in over 28 grievanceses and I've got response and control numbers. Also 1100 S. Hamilton has no ramps and this hurts my back alot. I've put in grievanceses for over a year to no avail. Please see EX's.

Also I put in grievanceses because the wheel chair the Jail gave me had a bad wheel. about (3) weeks latter the wheel came off when I was Made to push my self up the Ramp. when the wheel came off I hit my face and hurt my back. If you will help me please late me know, if not Please late me Know. If not Please mail Legal work back. your time is appreciated Sir!

Respectfully
Robert Lee Burns AKA
Shaune Burns #20121227153
PO BOX 089002  Chgo IL 60608

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2016    114

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Burns | Shaune | 20121227153 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 190 medical prescription

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE:** *(if applicable)*:

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO** (Example: Superintendent, Cermak Health Services, Personnel): Cermak

**DATE REFERRED:** 2/2/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Wheel Chair ordered long distance only.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel | | 2/17/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____  ☐ NON-GRIEVANCE SUBJECT CODE: _____ | Shane Burns | 2/25/16 |

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del detenido:)* ____ / ____ / ____

**INMATE'S BASIS FOR AN APPEAL:** *(Base del detenido para una apelación):* I know that but I can stand very long and I cant walk far

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*   Yes *(Si)* ☐   No ☑

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)* Response adequate same care

'16 MAR -2 AM 9:05

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha)*: |
|---|---|---|
| Susan Shebel | Susan Shebel | 3/24/16 |

**INMATE SIGNATURE** *(Firma del Preso)*: Shaune Burns

**DATE INMATE RECEIVED APPEAL RESPONSE** *(Fecha en que el preso recibió respuesta a su apelación):* ____ / ____ / ____

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

Chair

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Burns | Shaune | 2012122715? |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

330. security Procedure

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO *(Example: Superintendent, Cermak Health Services, Personnel):*

RCDC Supt

DATE REFERRED: 1 12 16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

This matter will be looked in to. Staff will be reminded to assist handicapped inmates when request is made.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Cmdr Million | | RTC | 1/14/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):*
*Shaune Burns*

DATE RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida):* 1/15/16

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* ___/___/___ |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)* ___/___/___ |
|---|---|---|

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
### INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

Chair
Wheel Push
Wilson

☐ GRIEVANCE     ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 2016X 1846

| INMATE INFORMATION (Información del Preso) | | |
|---|---|---|
| INMATE LAST NAME (Apellido del Preso): Burns | INMATE FIRST NAME (Primer Nombre): Shaune | ID Number (# de identificación): 20121227153 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Old + DA Accomodation Issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):
N/A

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): OOC Admin     DATE REFERRED: 3/15/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: In the absence of structural barriers, assistance will provided upon request. Insufficient information to prove or disprove Burns requested assistance.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): Sabrina Canchola | SIGNATURE: | DIV / DEPT: OOC-ADA | DATE: 03/15/16 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV / DEPT: | DATE: |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): ☐ GRIEVANCE SUBJECT CODE: _____ ☐ NON-GRIEVANCE SUBJECT CODE: _____ | INMATE SIGNATURE (Firma del Preso): Shaune Burns | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 3/18/16 |
|---|---|---|

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido): 3/18/16

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion): The ADA Lady said some one is to Push me and the C/o's say some one from the med staff is the one to Push me.

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?     Yes (Sí) ☐     No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendacion por parte del administrador o / su designado(a)):
Original Response to stand.

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): J Mueller | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): 3/22/16 |
|---|---|---|

| INMATE SIGNATURE (Firma del Preso): Shaune Burns | DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió la respuesta a su apelacion): 3/22/16 |
|---|---|

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
*N/A*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre)* | ID Number *(# de Identificación):* |
|---|---|---|
| *Harris* | *Shane* | 2012-1227153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

*2011 Medical Treatment*

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

*You have upcoming appointments with physical medicine + Rehab PT and primary care. Please keep these appointments. You currently have a primary care. Thank you.*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO *(Example: Superintendent, Cermak Health Services, Personnel):*  *Cermak*

DATE REFERRED: *04/03/201*

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| *Susan Diebel* | *Susan Diebel RN* | | *5/21/15* |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*: | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ <br> ☐ NON-GRIEVANCE SUBJECT CODE: _____ | *X Shane Harris* | *5-15-15* |

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  Yes *(Si)* ☐  No ☐
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a)):*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación):* |
|---|---|---|
| | | |

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

# INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

 ☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
2016-2457

| INMATE INFORMATION *(Información del Preso)* | | |
|---|---|---|
| INMATE LAST NAME *(Apellido del Preso)*: Burns | INMATE FIRST NAME *(Primer Nombre)*: Shawne | ID Number *(# de identificación)*: 20121227153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 330 Security Procedure

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personal):** Supt RTU | **DATE REFERRED:** 3/21/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Please complete a request form to your CRW if a replacement wheelchair is needed. Staff reminded to conduct themselves in a professional manner and to treat all detainees w/ respect. Also if 3

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** ____ 3/w | **SIGNATURE:** ____ 3/w | **DIV / DEPT.:** RTU | **DATE:** 3/24/16

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):** Crawford | **SIGNATURE:** | **DIV / DEPT.:** | **DATE:**

**NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: ____
☐ NON-GRIEVANCE SUBJECT CODE: ____

**INMATE SIGNATURE *(Firma del Preso)*:** Shawne Burns

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que el preso recibió la respuesta):* 3/30/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

*Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* 3/30/16

**INMATE'S BASIS FOR AN APPEAL** *(Base del detenido para una apelacion):* I did late my CRW Kiou and medical Staff and officers on every shift All to no avail

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☒
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** *(Decision o recomendacion por parte del administrador o / su designado(a)):* Original Response to stand - Please resubmit your request to the CRW for handling.

**ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*:** J Mueller | **SIGNATURE *(Firma del Administrador o/su Designado(a))*:** | **DATE *(Fecha)*:** 4/12/16

**INMATE SIGNATURE *(Firma del Preso)*:** Shawne Burns

**DATE INMATE RECEIVED APPEAL RESPONSE:** *(Fecha en que el Preso recibió respuesta a su apelación):* 4/15/16

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Aguacil del Condado de Cook)

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso/Respuesta/Forma de Apelación)

CONTROL #

N/A

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Burns | Mario | 20212201153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

190 - Medical Prescription

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

N/A

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):  DATE REFERRED:

Cermak    3/14/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

You have an authorizat for an orthotic, not shoes. Please discuss at your Physical Therapy appt next week. You also have a doctor appt next week too

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Kim | W | | 3/24/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso):

Maine Burns

DATE RESPONSE WAS RECEIVED:
(Fecha en que la respuesta fue recibida):
04/01/2015

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación:)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?  Yes (Sí) ☐  No ☐
(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|---|
| | | _____ / _____ / _____ |

| INMATE SIGNATURE (Firma del Preso): | DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibió respuesta a su apelación:) |
|---|---|
| | _____ / _____ / _____ |

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
N A

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Burns

INMATE FIRST NAME *(Primer Nombre):* Shauna C

ID Number *(# de Identificación):* 20120007153

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: O10 ADA Issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): DOC Admin

DATE REFERRED: 1/26/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: A committed chair is available in the Juvenile Detention Center.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Maurine Bailey

SIGNATURE: Maurine Bailey

DIV./DEPT.

DATE: 02/03/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): SIGNATURE: DIV./DEPT. DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE *(Firma del Preso):* Shauna Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? ☐ Yes *(Si)* ☐ No
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* SIGNATURE *(Firma del Administrador o/su Designado(a):):* DATE *(Fecha):* ___/___/___

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación:)*

(FCN-48)(NOV 11)     (WHITE COPY – PROGRAM SERVICES)     (YELLOW COPY – C.R.W./PLATOON COUNSELOR)     (PINK COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

*Chair*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

CONTROL #

### INMATE INFORMATION (Información del Preso)

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| Burns | Shaun | 2012287153 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

Goal 010 A.D.A Wave

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):

Doc Admin

DATE REFERRED: 10/23/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Mr. Burns has been advised on numerous occasions to notify court services staff when he is having trouble accessing the cell toilet, and they will escort him to an accessible public restroom.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| Sabrina Canchola | | DOC-ADA | 10/30/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE (Firma del Preso): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: | *Shaun Burns* | 11/4/15 |
| ☐ NON-GRIEVANCE SUBJECT CODE: | | |

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL (Fecha de la solicitud de la apelación del detenido): ___/___/___

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes (Sí) ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)):

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): |
|---|---|---|
| | | ___/___/___ |

| INMATE SIGNATURE (Firma del Preso): | DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió respuesta a su apelación): |
|---|---|
| | ___/___/___ |

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

Chair

☐ GRIEVANCE  ☑ NON-GRIEVANCE (REQUEST)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #

## INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Burns

INMATE FIRST NAME (Primer Nombre): Shaune

ID Number (# de identificación): 20121227153

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: A.D.A issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): DOC admin   DATE REFERRED: 8/25/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Your concerns regarding the cleanliness / condition of the toilet chair and bathroom have been forwarded to the appropriate person. However, this is not an accommodation issue

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sabrina Cancholu   SIGNATURE:   DIV./DEPT.: DOC   DATE: 9/1/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):   SIGNATURE:   DIV./DEPT.:   DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE RESPONSE WAS RECEIVED: 9/9/15

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelacion del detenido): / /

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?   Yes (Si) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):   SIGNATURE (Firma del Administrador o / su Designado(a)):   DATE (Fecha): / /

INMATE SIGNATURE (Firma del Preso):   DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibio respuesta a su apelacion): / /

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: ___ ___ 5246

Court 5-4-16

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Burns | Shane | 2021227153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
Cio - ADA Issues

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE //REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):**
Doc Admin

**DATE REFERRED:** 5/6/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Portable Toilet chairs have been removed from JTDC. Mr. Burns is aware of the CRW Policy and Practice allowing him to be escorted to an accessible public restroom.

| PERSONNEL RESPONDING (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Sacha Cmolla | | Doc/ADA | 05/16/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT /DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso):* | DATE RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida):* |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ☐ NON-GRIEVANCE SUBJECT CODE: | Shane Burns | 5/20/16 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del detenido):* 5/20/16

**INMATE'S BASIS FOR AN APPEAL** *(Base del detenido para una apelacion):*
There's a sign saying ask the officer for a toilet Chair in the holding room thats the Policy Posted! why is a sign that say ask for a chair? All im aware of is you say one thing and another thing happens when I ask to go to a accessible restroom. ask all the witesses in my grievance on 5-4-16. I ask Sgt. Banks and 3 C/os to no avail. I have bowel movement on my SELF. This cant be right.

| ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *¿ Apelación del detenido aceptada por el administrador o/su designado(a)?* | Yes *(Si)* ☐ | No ☒ |
|---|---|---|

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** *(Decision o recomendacion por parte del administrador o / su designado(a)):*
Original Response to Stand.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| J Muller | | 6/23/16 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su respuesta):* |
|---|---|---|
| Shane Burns | | 5/23/16 |

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 2016 X 1888

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Burns

INMATE FIRST NAME (Primer Nombre): Shayne

ID Number (# de identificación): 2012122 71 53

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
Ofc Ada issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (If applicable):
N/A

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
DOC Admin

DATE REFERRED: 6/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Mr Burns repeatedly refuses to exercise this
option of being escorted to a public accessible public restroom
available evidence contradicts Mr Burns accusation that staff would not
escort him to an accessible restroom
concern regarding the holding cell have been forwarded to capital
planning

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sabrina Canchola

SIGNATURE:

DIV / DEPT: DOC/ADA

DATE: 1/4/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV / DEPT:

DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso): Shayne Burns

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 3/18/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido): 3/18/16

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelación): This is a lie. as I said before the
officer said I cant be escorted to the Public rest Room. if what you
say is true then why did the S/o give me the toilet chair? you say one thing
but the S/o do another this cant be right fix it!!

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
☐ Yes (Si) ⊗ No (No)

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o / su designado(a)):
Original Response to Stand

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):

SIGNATURE (Firma del Administrador o / su Designado(a)):

DATE (Fecha): 3/22/16

INMATE SIGNATURE (Firma del Preso): Shayne Burns

DATE INMATE RECEIVED APPEAL RESPONSE:
(Fecha en que el preso recibió respuesta a su apelación): 3/22/16

FCN-48 (Rev. 09/14)     WHITE COPY - PROGRAM SERVICES     YELLOW COPY - CRW / PLATOON COUNSELOR     PINK COPY - INMATE

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE    ☑ NON-GRIEVANCE (REQUEST)

CONTROL #

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| Burns | Shawre | 2012122715S |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:  OIO ADA issue

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): Previously filed refer to grievance # 20165598. Referral date 7/5/16 response pending.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: (Example: Superintendent, Cermak Health services, Personnel): Inmate Services   DATE REFERRED: 7/12/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: See above

| PERSONNEL RESPONDING TO GRIEVANCE (Print): J. Muelle | SIGNATURE: | DIV./DEPT. 15 | DATE: 7/12/16 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Shawre Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 7/14/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*    Yes *(SI)* ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decisión o recomendación por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelación):* ___/___/___ |
|---|---|---|

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

CONTROL #: 2016SS48

| **INMATE INFORMATION** (Información del Preso) | | |
|---|---|---|
| INMATE LAST NAME (Apellido del Preso): Burro | INMATE FIRST NAME (Primer Nombre): Shaune | ID Number (# de Identificación): 2021227153 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 010 ADA Issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): D.O.C Admin   DATE REFERRED: 6/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: This grievance has been addressed in multiple previous responses: 10/30/2015: NGR; 3/14/16 control # 2016X1888; 5/16/16 control # 2016X3846. and 6/10/16 NGR. Your concerns were forwarded to capital planning.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): SABRINA CHIOHBA | SIGNATURE: | DIV./DEPT.: DOC/ADA | DATE: 7/11/16 |
|---|---|---|---|

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV./DEPT.: | DATE: / / |
|---|---|---|---|

NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box)
☑ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 7/14/16

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelación del detenido): ____/____/____

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación):

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?   Yes (SI) ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

| ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): | SIGNATURE (Firma del Administrador o / su Designado(a)): | DATE (Fecha): / / |
|---|---|---|

INMATE SIGNATURE (Firma del Preso):

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió respuesta a su apelación): ____/____/____

FCN-48 (Rev.09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Burns | Shaun | 2012127153 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: O10   ADA issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): Please see attachments regarding inmate's previous Submission. Response received 3/5/15. O10

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): DOC Admin

DATE REFERRED: 2/19/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Please see response to control # 2015 X 0782. Mr. Burns is reminded again to inform officers if he cannot use the bathroom and he will be escorted to an accessible toilet. Also, a commode chair is available.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | 02/23/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Shaun D Burns

DATE RESPONSE WAS RECEIVED *(Fecha en que la respuesta fue recibida):* 2/27/15

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 2/27/15

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)* I did to no Avail.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):)* | DATE *(Fecha):* / / |
|---|---|---|
| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibió respuesta a su apelación):* / / |

(FCN-48)(NOV 11)          (WHITE COPY – PROGRAM SERVICES)          (YELLOW COPY – C.R.W./PLATOON COUNSELOR)          (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: DSX-0162

## INMATE INFORMATION

INMATE LAST NAME (Apellido del Preso): Burns

INMATE FIRST NAME (Primer Nombre): Shaune

ID Number (# de Identificación): 20122771153

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: DIO ADA issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): Inmate is not in agreement with previous response (please see attachment).

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): DOC ADMIN

DATE REFERRED: 2/10/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Mr. Burns was told during a front line visit that he did not meet date to ask any officer to assist him to an accessible entrance until grievance chair reviewed. Mr. Burns needed to ensure that he felt not that he existed himself. He received medical treatment.

PERSONNEL RESPONDING TO GRIEVANCE (Print): ___ (Cortez)

SIGNATURE: ___

DIV./DEPT.: ___

DATE: 02/19/15

Superintendent/Director of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): ___

SIGNATURE: ___

DIV./DEPT.: ___

DATE: ___

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: ___
☐ NON-GRIEVANCE SUBJECT CODE: ___

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 3/4/15

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del detenido:) 3/4/15

INMATE'S BASIS FOR AN APPEAL: (Base del detenido para una apelación): I Appeal because I do understaN Response

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (¿Apelación del detenido aceptada por el administrador o/su designado(a)?)  Yes (Si) ☐  No ⊗

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)): Original Response to Stand.

ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): J. Mueller

SIGNATURE (Firma del Administrador o/su Designado(a)): ___

DATE (Fecha): 3/9/15

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el preso recibió respuesta de apelación): 3/25/15

(FCN-48)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

☐ GRIEVANCE      ☒ NON-GRIEVANCE (REQUEST)

### INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

CONTROL #
N/A

### INMATE INFORMATION *(Información del Preso)*

INMATE LAST NAME *(Apellido del Preso):*
Burns

INMATE FIRST NAME *(Primer Nombre):*
Dhavne

ID Number *(# de identificación):*
20121227153

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
010 A.D.A issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: (Example: Superintendent, Cermak Health Services, Personnel)
D.O.C. admin

DATE REFERRED: 7/23/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Staff will be advised to ensure Facilities Management is informed of cleaning needs & supplies.

PERSONNEL RESPONDING TO GRIEVANCE (Print):
Theresa Osboudouere

SIGNATURE:

DIV. / DEP: IMM VS

DATE: 7/31/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV / DEPT:

DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*
Shane Burns

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
8/4/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelación):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?

Yes *(Sí)* ☐      No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):*

SIGNATURE *(Firma del Administrador o / su Designado(a)):*

DATE *(Fecha):*
___/___/___

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibio respuesta a su apelación):*
___/___/___

FCN-48 (Rev. 09/14)          WHITE COPY - PROGRAM SERVICES          YELLOW COPY - CRW / PLATOON COUNSELOR          PINK COPY - INMATE

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):* Burns

INMATE FIRST NAME *(Primer Nombre):* Shaune

ID Number *(# de Identificación):* 2012122 7153

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
**(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)**

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
010- Ada Accumodation Issues

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
DOC Admin

DATE REFERRED: 3/17/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
This issue is outside the permissible time for grieving and was answered three previous times in relation to 2015x 0752

PERSONNEL RESPONDING TO GRIEVANCE (Print): Martha Miller

SIGNATURE: Martha Miller

DIV./DEPT.

DATE: 03/18/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DIV./DEPT.

DATE:

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* X Shaune Burns

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 3/25/15

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días, a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* _____ / _____ / _____

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes (Si) ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):* _____ / _____ / _____

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibió respuesta a su apelación):* _____ / _____ / _____

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**
20154357

### INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Burns | Shaune | 20121227153 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 350 Transportation issues.

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): E.X.O.P.S Dept   DATE REFERRED: 8/25/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Since we have hundreds of court pick-ups per day we have t pick-up in Groups which may delay pick-ups

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Tom Okey | Tom Okey | EXOPS | 8/27/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV / DEPT. | DATE: |
|---|---|---|---|
| | | | |

NON-GRIEVANCE (REQUEST) SUBJECT CODE: (Check applicable box)
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Shaune Burns

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 9/2/15

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelacion del detenido):* ___/___/___

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*
Yes *(Si)* ☐   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| | | |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibió respuesta a su apelacion):*

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 2015-1149

### INMATE INFORMATION (Informacion del Preso)

INMATE LAST NAME (Apellido del Preso): Burns

INMATE FIRST NAME (Primer Nombre): Shaune

ID Number (# de identificación): 2012137153

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE*

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: A.D.A Issues

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (If applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): D.O.C. Custom

DATE REFERRED: 9/10/15

RESPONSE BY PERSONNEL HANDLING REFERRAL: Issue requested/addressed in non-grievance response. On 9/1/15 concerns regarding the cleaning of the toilet chair were forwarded to sanitation. Toilet chair inspected on 9/2/15 there is no issues and found to be in working condition. Toilet chair will be cleaned accordingly, but this is outside of the scope of the CRW.

PERSONNEL RESPONDING TO GRIEVANCE (Print): J. Spring

SIGNATURE: [signature]

DIV. / DEPT.: DOC

DATE: 9/21/15

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):

SIGNATURE:

DIV. / DEPT.:

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE:
☐ NON-GRIEVANCE SUBJECT CODE:

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 9/25/15

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud del la apelacion del detenido): 9/25/15

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion): That's a lie I showed the nasty chair to the working C/o and a sgt. The C/o gave me some hand Sanitizer.

### ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes (Si) ☐   No (No) ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)): Original Response to Stand

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)): J. Miller

SIGNATURE (Firma del Administrador o / su Designado(a)): [signature]

DATE (Fecha): 10/07/15

INMATE SIGNATURE (Firma del Preso): Shaune Burns

DATE INMATE RECEIVED APPEAL RESPONSE: (Fecha en que el Preso recibió respuesta a su apelacion): 10/15/15

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE